ROBERT W. FREEMAN
Nevada Bar No. 3062
E-Mail: Robert.Freeman@lewisbrisbois.com
PRISCILLA L. O'BRIANT
Nevada Bar No. 010171
E-Mail: Priscilla.OBriant@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendant
NATIONWIDE MUTUAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA – NORTHERN DIVISION

| | |
|---|---|
| RICHARD SCOTT, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>    Defendant. | CASE NO. 3:18-cv-00158-MMD-VPC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4827-1830-7181.1

The parties, by and through their respective undersigned counsel of record, agree and stipulate that all claims against NATIONWIDE MUTUAL INSURANCE COMPANY in the above-entitled action shall be dismissed in their entirety, with prejudice, each party to bear its own costs and attorneys' fees.

**IT IS SO STIPULATED.**

DATED this 28th day of August, 2018.

GOLIGHTLY & VANNAH, PLLC

By: /s/ Tamara Vannah
TAMARA VANNAH, ESQ.
Nevada Bar No. 010661
400 South 7th St., 4th Floor
Las Vegas, NV 89101
Reno, Nevada 89511
*Attorneys for Plaintiff
Richard Scott*

DATED this 28th day of August, 2018.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Priscilla L. O'Briant
ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
PRISCILLA L. O'BRIANT, ESQ.
Nevada Bar No. 010171
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant
Nationwide Mutual Insurance Company*

IT IS SO ORDERED.

Dated: August 28, 2018

_____
UNITED STATES DISTRICT COURT JUDGE

4827-1830-7181.1

2